BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
HEATHER S. PATRICCO, DISTRICT OF COLUMBIA BAR NO. 465883
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

**U.S. COURTS**

**MAY 15 2019**

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL MEDINA-GOMEZ,<br><br>Defendant. | Case No. CR 19-0164-S BLW<br><br>**INDICTMENT**<br><br>8 U.S.C. § 1326(a) & (b) |

The Grand Jury charges:

<u>COUNT ONE</u>

**Deported Alien Found in the United States**
**8 U.S.C. § 1326(a) & (b)**

On or about April 6, 2019, in the District of Idaho, the defendant, DANIEL MEDINA-GOMEZ, an alien, was found in the United States, to wit: Canyon County, Idaho, after having been previously removed from the United States to Mexico on or about December 19, 2015, at or near Eagle Pass, Texas, the said defendant having not obtained the consent of the Secretary of

INDICTMENT - 1

the Department of Homeland Security for reapplication for admission into the United States, in violation of Title 8, United States Code, Section 1326(a) & (b).

Dated this 14 day of May, 2019.

A TRUE BILL

/s/ [signature on reverse]
_____
FOREPERSON

BART M. DAVIS
UNITED STATES ATTORNEY
By:

HEATHER S. PATRICCO
ASSISTANT UNITED STATES ATTORNEY

INDICTMENT - 2